# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**STANLEY HART,**

    **Petitioner,**

v.

**UNITED STATES OF AMERICA,**

    **Respondent.**

**CASE NO. 5:09-CV-90052**
**28 U.S.C. § 2255**
**CASE NO. 5:03-CR-16(HL)**

# ORDER

    This case is before the Court on the Report and Recommendation (Doc. 21) ("R & R") of United States Magistrate Judge G. Mallon Faircloth on Petitioner Stanley Hart's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. 19). The R & R recommends denying the Motion as being time barred. Petitioner has filed an Objection (Doc. 22) as permitted by 28 U.S.C. § 636(b)(1). The Court has thoroughly considered Petitioner's Objection and has made a de novo review of the R & R.

    As explained by the Magistrate Judge, Petitioner's Motion is well outside the AEDPA statute of limitations as contained in § 2255(f). The Court agrees with the Magistrate Judge's reasoning and conclusions as set forth in the R & R. Petitioner has presented nothing to suggest that he was previously unable to discover the facts supporting his claim through the exercise of due diligence. Accordingly, the R & R (Doc. 21) is adopted and made the order of this Court. Petitioner's Motion to Vacate,

Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 19) is dismissed.

**SO ORDERED**, this the 1st day of July, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON**
**UNITED STATES SENIOR JUDGE**

mbh